UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES RITCHIE,

        Plaintiff,

v.                                    CASE NO.  8:08-CV-1725-T-17EAJ

CAVALRY PORTFOLIO
SERVICES, LLC,

        Defendant.

_____/


                            ORDER

    This cause is before the Court on:


    Dkt. 38 Report and Recommendation

    The assigned Magistrate Judge has issued a Report and
Recommendation as to the pending Motion for Sanctions (Dkt. 33),
in which it is recommended that the Motion for Sanctions be
denied.


    No objections to the Report and Recommendation have been
filed.  The Court has independently reviewed the pleadings.
After consideration, the Court adopts and incorporates the Report
and Recommendation.  Accordingly, it is


    **ORDERED** that the Report and Recommendation is **adopted** and
incorporated by reference; it is further


    **ORDERED** that the Motion for Sanctions is **denied**.

Case No. 8:08-CV-1725-T-17EAJ

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 13th day of January, 2010.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record