UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES RITCHIE,

      Plaintiff,

v.                                 CASE NO.: 8:08-cv-1725-T-17EAJ

CAVALRY PORTFOLIO SERVICES, LLC,

      Defendant.
_____/

**AGREED PROPOSED JURY INSTRUCTIONS**
**(Packet 1)**

    Comes now, Defendant, Cavalry Portfolio Services, LLC, by and through the undersigned counsel, pursuant to Court Order (DE 56) and files this, the parties Agreed Jury Instructions for consideration and use at trial in this above-referenced action.

                         Respectfully submitted,

                         **GOLDEN & SCAZ, PLLC**
                         2124 W. Kennedy Blvd., Suite A
                         Tampa, Florida  33606
                         Telephone:  (813) 251-5500
                         Facsimile:  (813) 251-3675
                         E-mail:  dale.golden@goldenscaz.com
                         By: ____/s/ Dale T. Golden_____
                              Dale T. Golden, Esquire
                              Florida Bar No.: 0094080

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties of record, this 24th day of February, 2010.

                         _____/s/ Dale T. Golden_____

                         DALE T. GOLDEN, ESQUIRE
                         Florida Bar No. 0094080

AGREED PROPOSED JURY INSTRUCTION
NUMBER [14]
(Corporation Acts by and through its Employees)

A corporation acts by and through the conduct of its officers and employees who are acting within the scope of their duties and in the regular course of their employment. As is relevant to the issues in this case, there is no dispute that all of Defendant's employees were acting within the scope of their duties and in regular course of their employment with respect to matters involving Plaintiff. Therefore, any act or omission of any of Defendant's employees with respect to the issues of this case constitute the acts or omissions of Defendant.

*GTE Southwest, Inc. v. Bruce*, 998 S.W. 2d 605 (Tex. 1999); *Hammerly Oaks, Inc. v. Edwards*, 958 S.W. 2d 387 (Tex. 1997); *Hirsch v. Texas Lawyers' Ins. Exchange*, 808 S.W. 2d 561 (Tex. App. El Paso 1991); *Whitney Nat. Bank v. Baker*, 122 S.W.3d 204 (Tex. App. Houston 1st Dist. 2003).