UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES RITCHIE,

    Plaintiff,

v.                                                   CASE NO.: 8:08-cv-1725-T-17EAJ

CAVALRY PORTFOLIO SERVICES, LLC,

    Defendant.
_____/

## AMENDED CONTESTED JURY INSTRUCTION

COMES NOW Plaintiff, JAMES RITCHIE ("Plaintiff"), by and through counsel, and files the amended Contested Jury Instruction, Plaintiff's Proposed Jury Instruction 7 (Dkt. 75, p. 4), for consideration and use at trial in this matter.

RESPECTFULLY SUBMITTED,

By: _/s/ Matthew Kiverts_____
Matthew Kiverts
FBN: 0013143
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
T: (312) 578-9428
F: (866) 802-0021
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Matthew Kiverts, certify that a true and correct copy of the foregoing was served upon counsel via the Court's CM/ECF electronic filing system on February 26, 2010.

By: _/s/ Matthew Kiverts_____
Matthew Kiverts

1

PLAINTIFF'S PROPOSED JURY INSTRUCTION
NUMBER [7]
(Plaintiff's Contentions)

The Plaintiff alleges that the Defendant violated the FDCPA in the following ways:

\*     \*     \*

Second, that the Defendant violated § 1692d of the FDCPA, which prohibits certain conduct that is oppressive, harassing, or abusive, and which prohibits the placement of telephone calls without meaningful disclosure of the caller's identity;

Third, that the Defendant violated § 1692e of the FDCPA, which prohibits a debt collector from using a false, deceptive, or misleading representation or means in connection with the collection of any debt;

---

DEFENDANT'S PROPOSED JURY INSTRUCTION
NUMBER [7]
(Plaintiff's Contentions)

The Plaintiff alleges that the Defendant violated the FDCPA in the following ways:

\*     \*     \*

Second, that the Defendant violated § 1692d(5) by causing Plaintiff's phone to ring excessively with the intent to annoy or harass Plaintiff;

Third, that the Defendant violated § 1692e(11) by failing to identify itself as a debt collector and inform Plaintiff that information sought would be used for that purpose;