UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES RITCHIE,

      Plaintiff,

v.                                                      CASE NO.: 8:08-cv-1725-T-17EAJ

CAVALRY PORTFOLIO SERVICES, LLC,

      Defendant.
_____/

## SECOND AMENDED CONTESTED JURY INSTRUCTION

COMES NOW Plaintiff, JAMES RITCHIE ("Plaintiff"), by and through counsel, and files the seconded amended Contested Jury Instruction, Plaintiff's Proposed Jury Instruction 7, as it relates to 15 U.S.C. 1692d, for consideration and use at trial in this matter.

RESPECTFULLY SUBMITTED,

By: _/s/ Matthew Kiverts_____
Matthew Kiverts
FBN: 0013143
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
T: (312) 578-9428
F: (866) 802-0021
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Matthew Kiverts, certify that a true and correct copy of the foregoing was served upon counsel via the Court's CM/ECF electronic filing system on March 1, 2010.

By: _/s/ Matthew Kiverts_____
Matthew Kiverts

1

PLAINTIFF'S PROPOSED JURY INSTRUCTION
NUMBER [7]
(Plaintiff's Contentions)

The Plaintiff alleges that the Defendant violated the FDCPA in the following ways:

\*   \*   \*

Second, that the Defendant violated § 1692d of the FDCPA, which prohibits certain conduct that is oppressive, harassing, or abusive, and which prohibits the placement of telephone calls without meaningful disclosure of the caller's identity;