UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES RITCHIE,

      Plaintiff,

v.                                          CASE NO.: 8:08-cv-1725-T-17EAJ

CAVALRY PORTFOLIO SERVICES, LLC,

      Defendant.
_____/

**PLAINTIFF'S AMENDED PROPOSED VERDICT FORM**

     COMES NOW Plaintiff, JAMES RITCHIE ("Plaintiff"), by and through counsel, pursuant to Court Order (DE 56), and files this, his Proposed Amended Verdict Form for consideration and use in the trial of this action.

                                                      RESPECTFULLY SUBMITTED,

                                                        By: /s/ Matthew Kiverts
                                                        Matthew Kiverts
                                                        FBN: 0013143
                                                        KROHN & MOSS, LTD.
                                                        120 W. Madison St., 10th Fl.
                                                        Chicago, Illinois 60602
                                                        T: (312) 578-9428
                                                        F: (866) 802-0021
                                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I, Matthew Kiverts, certify that a true and correct copy of the foregoing was served upon counsel via the Court's CM/ECF electronic filing system on March 1, 2010.

                                                        By: /s/ Matthew Kiverts
                                                             Matthew Kiverts

PLAINTIFF'S AMENDED PROPOSED VERDICT FORM
(Interrogatories to the Jury)

1. Did the Defendant violate § 1692c of the FDCPA by engaging in prohibited communications, or by engaging in certain communications in a manner prohibited by the FDCPA?

   \_\_\_\_\_ YES        \_\_\_\_\_ NO

2. Did the Defendant violate § 1692d of the FDCPA by engaging in conduct that was oppressive, harassing, or abusive?

   \_\_\_\_\_ YES        \_\_\_\_\_ NO

3. Did the Defendant violate § 1692g of the FDCPA by failing to comply with the requirements imposed upon a debt collector with respect to its communications with a consumer.

   \_\_\_\_\_ YES        \_\_\_\_\_ NO

If you answered "no" to all of the above three questions, go no further. If you answered "yes" to any of the above three questions, what amount of damages is the Plaintiff entitled to recover from the Defendant for its violation of the FDCPA (what amount of money, if any, do you award the Plaintiff)?

**STATUTORY DAMAGES:** $_____

**ACTUAL DAMAGES:** $_____

Dated: _____

Signed,

_____

(Jury Foreperson)