UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES RITCHIE,

    Plaintiff,

v.                        CASE NO.   8:08-CV-1725-T-17EAJ

CAVALRY PORTFOLIO
SERVICES, LLC,

    Defendant.
_____/

## VERDICT FORM

The Plaintiff has brought this case under the Fair Debt Collection Practices Act ("FDCPA"). The FDCPA at 15 U.S.C. Sec. 1692a(5) defines the term "debt" as:

> any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

1. Was the debt Defendant was attempting to collect from Plaintiff a "debt" as defined by Sec. 1692a the FDCPA?

                                **XXX**
    _____ YES        _____ NO

The answer to the above question has been ordered by the Court as a matter of law. The foreperson shall sign below.

Dated: *March 4, 2010*

Signed,

*[signature]*
(Jury Foreperson)